IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS CHRISTOPHER WALKER** *and* **GEOFFREY CHRISTIAN WALKER,** *as the personal Representatives of the* **Estate of Thomas L. Walker***, deceased*,<br>     Plaintiffs,<br><br>v.<br><br>**APRIL YEARLING,** *et al.*,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **CIVIL ACTION NO. 1:21-00046-KD-N**<br>)<br>)<br>) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 9) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated February 23, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the preliminary scheduling order (Doc. 6) is **VACATED**, and that this case be remanded *sua sponte* to the Circuit Court of Baldwin County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction.

**DONE** and **ORDERED** this the 16th day of March 2021.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**